IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY MCREYNOLDS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ASSET ACCEPTANCE CAPITAL CORP. | : | |
| Defendant. | : | No. 11-357 |

### ORDER

AND NOW, this 21st day of November, 2011, Plaintiff appearing pro se and, having been granted leave to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS HEREBY ORDERED:

1. On July 13, 2011, the Court entered an Order requiring Plaintiff to complete and return USM-285 forms and copies of the Complaint for Defendant, and informed Plaintiff that the United States Marshals Service would not serve the Complaint until all USM-285 forms were received by the Clerk of Court, and that failure to provide the USM-285 forms within 120 days from the date of the Order may result in the Complaint being dismissed or Defendant being dismissed pursuant to Fed. R. Civ. P. 4(m). (D.I. 5).

2. To date, the required USM-285 forms have not been received from Plaintiff.

3. The Complaint is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\DE Cases\11-357 McReynolds v. Asset\McReynolds v Asset Order dismiss.wpd